# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Epifania Capote Robaina*     CIVIL NO. *99-1019* (DRD)

v.

Defendant(s) *Autoridad Metropolitana de Autobuses*

| MOTION | ORDER |
|---|---|
| Docket entry no. *15* | ☒ GRANTED. |
| Date: *Dec / 15 / 1999* | ☐ DENIED. |
| Title: *Motion to request scheduling of initial scheduling conference* | ☐ MOOT. |
|  | ☐ NOTED. |
| *Further initial scheduling conference will be held on: February 1, 2000 at 5:00 P.M.* |  |

*[Stamp: RECEIVED AND FILED  00 JAN 19 AM 7:55  CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.]*

IT IS SO ORDERED.

Date: *1 / 17 / 2000*

*(signature)*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE