# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Date: February 1, 2000

EPIFANIO CAPOTE-ROBAINA                     CRIM. NO. 99-1019 (DRD)

    Plaintiff

v.

AMA

    Defendants

BY ORDER OF THE COURT, Initial Scheduling Conference set for today is re-set for **February 17, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

                                                Courtroom Deputy

Parties notified by telephone & mail:

María Ortíz San Miguel, Esq.
Ivan Fernández, Esq.

