UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**              DATE: February 17, 2000

**CIVIL NO. 99-1019 (DRD)**

LAW CLERK: Karen A. Rivera-Turner

===========================================================

EPIFANIO CAPOTE-ROBAINA            Attorneys:      María del Mar Ortiz

   Plaintiff

   v.

AUTORIDAD METROPOLITANA                            James Toro in substitution of
DE AUTOBUSES                                       Iván Fernández

   Defendant
===========================================================

    INITIAL SCHEDULING CONFERENCE was held today. Parties informed the Court of the status of the case. Plaintiff informed that expert witness Carlos Reollo's Rule 26 report will be served upon Defendant within **fifteen (15) days**. The Court advised Plaintiff that it should seriously consider eliminating all corporate loss claims because Plaintiff is a natural person who may not claim the damages of a wholly owned corporation. Ferrer v. Conicorte, 751 F.Supp. 1032 (D.P.R. 1990); Paul Arpin Can Lines v. Universal Transportation Services, 988 F.2d 288 (1st Cir. 1993). After Plaintiff complies with Rule 26, Defendant will have **ninety (90) days** to inform its expert witnesses and comply with Rule 26. Cut off for all discovery will be **June 30, 2000** and **pretrial conference is scheduled for August 22, 2000 at 4:30 p.m.** Trial date will be announced at the pretrial conference.

    Should Plaintiff insist on somehow seeking corporate losses, Plaintiff must inform the Court so that any necessary adjustments to this timetable can be made and the Court can provide a

timetable to resolve the corporate loss matter.

_____
LAW CLERK

s/c: Counsel of record