IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

EPIFANIO CAPOTE ROBAINA

Plaintiff

vs

AUTORIDAD METROPOLITANA DE AUTOBUSES, etc.

Defendants

CIVIL NO. 99-1019 *DRD

### ORDER FOR APPEARANCE TO TAKING OF DEPOSITION

The parties in this action desire to take the deposition of police agent Víctor Colón Rivera, badge 23117, Police Division of San Juan, 166 Fernández Juncos Avenue, Stop 6½, Puerta de Tierra, San Juan, regarding police report number 98-1-166-04405.

The Court orders the Superintendent of the Police of Puerto Rico, Pedro Toledo, Esq., to make available Agent Víctor Colón Rivera for the taking of deposition at the Law Offices of Iván M. Fernández, Betances 8, Floral Park, San Juan, Puerto Rico (P O Box 192386, San Juan, Puerto Rico 00919-2386) to take place on one of the following dates: March 22, 23 and/or April 3, 2000, at 3:00 p.m.



From the date of receipt of this Order, the Superintendent will have ten days to select a date and notify attorney Iván M. Fernández at his postal address. This Order is issued pursuant to Rule 1 of the Federal Rules of Civil Procedure and strict compliance is required.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this ⸺ day of February, 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE