# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: September 6, 2000

EPIFANIO CAPOTE ROBAINA

**CIVIL NO. 99-1019 (DRD)**

   Plaintiffs

v.

AMA

   Defendants

---

BY ORDER OF THE COURT, the Pretrial Conference originally scheduled for August 22, 2000 was not held due to Hurricane Debby. Hence, it is hereby re-set for **September 21, 2000 at 9:00 A.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties to be notified.