# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: September 11, 2000

EPIFANIO CAPOTE ROBAINA

Plaintiffs

v.

AUTORIDAD METROPOLITANA DE AUTOBUSES, et al.

Defendants

**CIVIL NO. 99-1019 (DRD)**

BY ORDER OF THE COURT, at request of counsel for defendants, the Pretrial Conference scheduled for September 21, 2000 is re-set for **September 22, 2000 at 11:00 A.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified by telephone & fax:

Ivan Fernandez, Esq.
María del Mar Ortíz, Esq.