UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                    DATE: September 22, 2000

**CIVIL NO. 99-1019 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

===================================================================
EPIFANIO CAPOTE ROBAINA                         Attorneys: María ORTIZ

   Plaintiffs

   v.

AUTORIDAD METROPOLITANA DE                      Ivan FERNANDEZ
AUTOBUSES, et al.

   Defendants
===================================================================

PRETRIAL CONFERENCE is held in chambers. The parties state their settlement positions. The Court suggests a settlement amount which the parties agree to recommend to their clients.

**A further Settlement Conference is set for October 23, 2000 at 4:30 P.M.**

                                  _____
                                  COURTROOM DEPUTY

s/c: Counsel of record