UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**              DATE: October 23, 2000

**CIVIL NO. 99-1019 (DRD)**

COURTROOM DEPUTY:  Janet **GONZALEZ**

==================================================================

EPIFANIO CAPOTE ROBAINA                    <u>Attorneys:</u> María ORTIZ

   Plaintiffs

   v.

AUTORIDAD METROPOLITANA DE                    Ivan FERNANDEZ
AUTOBUSES, et al.

   Defendants
==================================================================

   SETTLEMENT CONFERENCE is held in chambers.  The parties state their

settlement positions.  After some discussion and taking into consideration the Court's

recommendation, the parties settle the case in the amount of $33,000.00.

   Settlement documents will be filed prior to November 1, 2000.

                       _____
                        COURTROOM DEPUTY