UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EPIFANIO CAPOTE ROBAINA,

v.   CASE NUMBER: 99-1019 (DRD)

AUTORIDAD METROPOLITANA DE
AUTOBUSES, et al.

## ORDER

| MOTION | RULING |
|---|---|
| **Date filed:** October 25, 2000<br><br>[X] Plff   [X] Deft<br>[ ] Other<br><br>**Title:** SETTLEMENT STIPULATION | **APPROVED.** The court hereby approves the parties' settlement agreement. Therefore, pursuant to the motion and FED. R. CIV. P. 41(a)(1) the court hereby **DISMISSES** all claims by Plaintiffs against Defendants **WITH PREJUDICE** and without the imposition of costs, expenses or attorneys' fees.<br>IT IS SO ORDERED. |

Date: October 3_, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 OCT 31 AM 8:24
U.S. CLERK'S OFFICE
DISTRICT COURT
SAN JUAN, P.R.