UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EPIFANIO CAPOTE ROBAINA,

v.   CASE NUMBER: 99-1019 (DRD)

AUTORIDAD METROPOLITANA DE
AUTOBUSES, et al.

## JUDGMENT

In accordance with the Order of this same date, the Court hereby enters judgment **DISMISSING** this action against Defendants **WITH PREJUDICE** and without imposition of costs, expenses or attorneys' fees. The Court shall retain jurisdiction to assure compliance with settlement obligations by the parties.
IT IS SO ADJUDGED AND DECREED.

Date: October 30, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 OCT 31 AM 8:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.